ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal Action No. |
| DAVID STAVELEY | 1:20-mj-612-AJB |

### Government's Motion for Detention

The United States of America hereby moves for detention under 18 U.S.C. §§ 3142(e) and (f).

**1. Eligibility of Case**

This case is eligible for a detention order because this case involves:

A serious risk that the defendant will flee.

**2. Reason for Detention**

The Court should detain defendant because there are no conditions of release that will reasonably assure the appearance of the person as required and the safety of any other person and the community.

**3. Rebuttable Presumption**

The United States will not invoke the rebuttable presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community pursuant to 18 U.S.C. § 3142(e)(3).

The United States will not invoke the rebuttable presumption that no condition or combination of conditions will reasonably assure the safety of any other person and the community pursuant to 18 U.S.C. § 3142(e)(2).

### 4. Time for Detention Hearing

The United States is prepared to conduct the detention hearing today. The United States requests leave of Court to supplement this motion with additional grounds or presumptions for detention.

Dated: July 24, 2020.

Respectfully submitted,

BYUNG J. PAK
United States Attorney

/s/ *RUSSELL PHILLIPS*
RUSSELL PHILLIPS
Assistant United States Attorney
Ga. Bar No. 576335

Richard Russell Federal Building
75 Ted Turner Drive S.W., Suite 600
Atlanta, Georgia 30303-3309
Phone: (404) 581-6000

## Certificate of Service

I served this document today by handing a copy to defense counsel:

Duty Attorney, Federal Defender Program

July 24, 2020

/s/ *Russell Phillips*
_____
Russell Phillips
Assistant United States Attorney